Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 11, 2022**

Name of Offender: **Bert James Garfield**

Case Number: **3:16CR00044**

Name of Sentencing Judicial Officer: **Honorable Robert C. Jones**

Date of Original Sentence: **August 7, 2017**

Original Offense: **Voluntary Manslaughter**

Original Sentence: **78 Months prison, followed by 36 Months TSR.**

Date Supervision to Commence: **January 28, 2022**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

## CAUSE

Mr. Garfield is due to release from the Bureau of Prisons and commence supervised release on January 28, 2022.  He has been unable to submit a viable residential plan and will be homeless upon his release from custody.  As such, the probation office is requesting that his conditions of supervision be modified to include placement of up to 180 days at a Residential Reentry Center (RRC).  The extra time will allow Mr. Garfield to develop up a residential plan that will be conducive to his success on supervision and beyond.  Ms. Garfield is in agreement with this modification as evident by his signature on the attached Waiver of Hearing Form.

RE: Bert James Garfield

Prob12B
D/NV Form
Rev. June 2014

                              Respectfully submitted,

                              *Michelle Wolfe*
                              Digitally signed by Michelle Wolfe
                              Date: 2022.01.14 13:18:06 -08'00'

                              Michelle Wolfe
                              United States Probation Officer

Approved:

*Joy Gabonia*
Digitally signed by Joy Gabonia
Date: 2022.01.14 09:41:20 -08'00'

Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☐    No Action.

☐    The extension of supervision as noted above.

☒    The modification of conditions as noted above

☐    Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

                              *R. James*
                              Signature of Judicial Officer

                              January 18, 2022
                              Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 6 months. You must follow the rules and regulations of the center.

Witness _____    Signed _*Burt Manfield*_
        U.S. Probation Officer            Probationer or Supervised Releasee

_____
Date